UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELOME TEDLA,<br>　　　　Plaintiff.<br>　　v.<br>FORD MOTOR COMPANY,<br>　　　　Defendant. | Case No.  25-cv-06942-JCS<br><br>**CASE MANAGEMENT ORDER** |

Following the case management conference held on November 19, 2025, IT IS HEREBY ORDERED THAT:

A further case management conference is set for **March 25, 2026**, **at 2:00 p.m.**, before Magistrate Judge Spero, in Courtroom D, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.  An updated joint case management conference statement is due **March 18, 2026**.

IT IS FURTHER ORDERED THAT:

**I.　DISCOVERY**

A.　All non-expert discovery shall be completed by September 1, 2026.

B.　All expert disclosures required by the Federal Rules of Civil Procedure shall be made by November 2, 2026, by the party that bears burden of proof on a claim or defense.  Expert rebuttal disclosures by the party that does not bear the burden of proof on an issue shall be made by November 23, 2026.

C.　All discovery from experts shall be completed by December 18, 2026.

D.　In lieu of filing formal discovery motions, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer **in person** regarding the subject matter of the

Revised 10/27/2023

Motion(s) in an effort to resolve these matters. After attempting other means to confer on the issue (i.e. letter, phone call, e-mail) any party may demand such a meeting on ten (10) business days' notice. The location of the meeting will alternate with the first location selected by counsel for Plaintiff, the second by counsel for Defendant, etc. Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court, not to exceed five (5) pages without leave of Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue. Upon receipt of the Joint Letter the Court will determine what future proceedings are necessary.

## II. MOTIONS

Each party may file one *Daubert* motion, addressing any number of expert witnesses, to be heard at the same time as dispositive motions. All dispositive motions and *Daubert* motions shall be heard on **March 10, 2027**, **at 9:30 a.m., in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.** Any reply papers on such motions shall be served and filed no later than **four (4) weeks** prior to the scheduled hearing date. The parties shall meet and confer and file a stipulation and proposed order as to the remainder of the briefing schedule.

All chambers' copies should be submitted in .pdf format and emailed to JCSPO@cand.uscourts.gov. Please do not submit paper copies unless requested by the Court.

No party may file more than one (1) summary judgment motion without leave of Court.

## III. PRIVATE MEDIATION

By agreement of the parties, this matter has been referred to private mediation to be conducted within 90 Days, if possible. By November 26, 2025 the parties shall file a joint letter with the name of the mediator and mediation date. The parties shall promptly notify the Court whether the case is resolved at the mediation.

IT IS SO ORDERED.

Dated: November 19, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

2